PER CURIAM.
We affirm the final order of the Board of Acupuncture revoking the appellant’s license to practice acupuncture where there is substantial competent evidence in the record to support the same. See Section 120.68(7)(b), Fla. Stat. (1997); Department of Banking & Fin., Div. of Sec. & Investor Protection v. Osborne Stern and Co., 670 So.2d 932 (Fla.1996); Legal Envt’l Assistance Found., Inc. v. Clark, 668 So.2d 982, 987 (Fla.1996). Moreover, we find any claimed procedural error to be harmless. See Carter v. Dep’t. of Prof. Reg., Bd. of Optometry, 633 So.2d 3 (Fla.1994); Ong v. Dept. of Prof. Reg., Bd. of Dentistry, 565 So.2d 1384 (Fla. 5th DCA 1990); Gordon v. Savage, 383 So.2d 646 (Fla. 5th DCA 1980).
Affirmed.